JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMARR RENE BOBBY NELSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARRON EVANS GONZALEZ et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-03462-SB-SHK<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order screening Plaintiff's complaint under 28 U.S.C. § 1915 entered this day, this action is dismissed as frivolous and for failure to state a claim.

This is a final judgment.

Date: May 8, 2025

　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge